# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HALL, JANET C. | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>141 Church Street<br>New Haven, CT 06510 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Connecticut Bar Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Center for State Courts | 1/30/2012-1/31/2012 | Washington, DC | Panel Participant at Winter Conference | Travel, hotel and meals |
| 2. | New York Intellectual Property Law Association | 3/23/2012-3/24/2012 | New York, NY | Attend Event in Honor of Judiciary | Hotel and meals |
| 3. | Northwestern University School of Law | 4/19/2012-4/20/2012 | Chicago, IL | Participate in Clerkship Conference | Travel, hotel and meals |
| 4. | Federal Bar Council | 11/21/2012 | New York, NY | Judiciary Thanksgiving Luncheon | Meal |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Robert Anello | Tickets to attend U.S. Open | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. Education/Sallie Mae | Student Loan | L |
| 2. | Citizens Bank | Line of Credit | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 2. Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 3. Templeton Global Small Cos Growth Fund | A | Dividend | J | T | | | | | |
| 4. Mutual Quest Fund | D | Dividend | M | T | | | | | |
| 5. Strips-tprp Pmt on 10.625 2015 T/ Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 6. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | K | T | | | | | |
| 7. Vanguard Windsor II Fund | B | Dividend | M | T | | | | | |
| 8. Mutual Discovery Fund CL2 | C | Dividend | K | T | | | | | |
| 9. ▒▒▒▒ P.C. (Note) | | None | M | W | | | | | |
| 10. Partnership Interest in Whitney-Humphrey Assc. (Note) | C | Distribution | L | W | | | | | |
| 11. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 12. MetLife Ins. Co. of CT (universal life) | A | Interest | K | T | | | | | |
| 13. AXA Equitable Life Ins. Co. (life policy) | B | Interest | K | T | | | | | |
| 14. Columbia Value Rest. Fund | A | Dividend | | | Sold | 9/17/12 | J | A | |
| 15. Schwab US Treas Money Fund | A | Interest | L | T | | | | | |
| 16. Sound Shore Fund | B | Dividend | M | T | | | | | |
| 17. Thornburg Value Fund CL.A | | None | | | Sold | 7/24/12 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Westport Select Cap.CL.R | F | Dividend | N | T | Sold (part) | 9/17/12 | J | A | |
| 19. Schwab Value Advantage Money Fund | A | Dividend | J | T | | | | | |
| 20. Citizens Bank | A | Interest | L | T | | | | | |
| 21. AMR Corp. | | None | J | T | | | | | |
| 22. Artisan Int'l Small Cap | B | Dividend | M | T | | | | | |
| 23. Calamos Growth Fund - A | D | Dividend | M | T | | | | | |
| 24. Third Ave. Real Est. Value Fund | B | Dividend | J | T | | | | | |
| 25. Third Ave. International Value Fund | A | Dividend | K | T | | | | | |
| 26. Buffalo Sm. Cap Fund | A | Dividend | J | T | Sold (part) | 9/17/12 | J | A | |
| 27. T. Rowe Price MidCap Growth | A | Dividend | K | T | | | | | |
| 28. T. Rowe Price Cap.App.Fund | F | Dividend | N | T | Sold (part) | 7/25/12 | K | C | |
| 29. Marsico Growth Fund | D | Dividend | M | T | | | | | |
| 30. iShare MSCI Canada Index Fund | A | Dividend | J | T | | | | | |
| 31. Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 32. Schwab Bank | A | Interest | J | T | | | | | |
| 33. Davis NT Venture Fd - A | D | Dividend | M | T | | | | | |
| 34. Artisan Mid-Cap Value FD | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Int'l. Stock | B | Dividend | L | T | | | | | |
| 36. Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 37. Wells Fargo Advantage Value Fund | C | Dividend | M | T | | | | | |
| 38. Storage Inn Ltd. | | None | L | W | | | | | |
| 39. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 40. Limited Partner, Cummings Drive Family L.P. | C | Dividend | L | T | | | | | |
| 41. iShares INC MSCI EMU Index Fund | A | Dividend | J | T | Buy (add'l) | 9/21/12 | J | | |
| 42. Plug Power Inc. | | None | J | T | | | | | |
| 43. T. Rowe Price Group A | A | Dividend | J | T | | | | | |
| 44. Buffalo Mid-Cap | | None | | | Sold | 9/17/12 | J | A | |
| 45. Pax World Balance Fund | A | Dividend | | | Sold | 9/17/12 | J | | |
| 46. Marisco Focus Fund | D | Dividend | L | T | | | | | |
| 47. Fairholme Fund | | None | L | T | | | | | |
| 48. Intrepid Small Cap Fund | C | Dividend | K | T | | | | | |
| 49. Schwab S&P 500 Index Fund | A | Dividend | K | T | Buy (add'l) | 9/25/12 | J | | |
| 50. Schwab ETFS - US Large Cap ETF | A | Dividend | J | T | | | | | |
| 51. Petrobank Energy & Res LTDF | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares TR Russell 3000 | D | Dividend | N | T | | | | | |
| 53. Schwab Total Stock Market | A | Dividend | K | T | | | | | |
| 54. Philips 66 (Note) | A | Dividend | K | T | Sold (part) | 10/1/12 | K | D | |
| 55. Greenspring Fund | B | Dividend | K | T | | | | | |
| 56. Nicholas II Fund | C | Dividend | K | T | | | | | |
| 57. Nicholas Ltd Edition Fund | C | Dividend | K | T | | | | | |
| 58. Vanguard Russell 2000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 59. Vanguard Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 60. Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 61. Vanguard Russell 3000 Index Fund | A | Dividend | J | T | | | | | |
| 62. Vanguard Emerging Markets | A | Dividend | K | T | | | | | |
| 63. SPDR S&P Emerging Asia | A | Dividend | | | Sold | 10/1/12 | J | | |
| 64. CMG Focus Fund | | None | K | T | Sold (part) | 10/1/12 | J | | |
| 65. CMG Realty Fund | A | Dividend | K | T | | | | | |
| 66. Schwab Advantage Cash Reserve Premium | A | Dividend | J | T | | | | | |
| 67. Royce Value Fund | D | Dividend | L | T | | | | | |
| 68. TR Price Growth Fund | A | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Vanguard Small Cap Fund | A | Dividend | J | T | | | | | |
| 70. Thornberg Int'l Value Fund | A | Dividend | L | T | | | | | |
| 71. Vanguard Wellesley Fund | A | Dividend | J | T | | | | | |
| 72. Vanguard GNMA Fund | A | Dividend | J | T | | | | | |
| 73. Oakmark Fund | C | Dividend | L | T | Sold (part) | 7/24/12 | L | C | |
| 74. Petrominerals Ltd. (Note) | A | Dividend | J | T | | | | | |
| 75. iShares TR Russell 1000 Growth Index Fund | A | Dividend | J | T | Buy | 9/24/12 | J | | |
| 76. | | | | | Buy (add'l) | 10/17/12 | K | | |
| 77. iShares TR Russell 2000 Growth Index Fund | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 78. Schwab US MidCap ETF | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 79. | | | | | Buy (add'l) | 9/24/12 | J | | |
| 80. | | | | | Buy (add'l) | 10/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 5: (2011 Year End Report) Chartlinks: This company reported in calendar year 2012 that it is no longer in business. No value was distributed to shareholders.

Line 9: Passive income from sub-chapter S corporation.

Line 10: The value was based on a 2012 appraisal, but is higher than the appraised value.

Line 36: (2011 Year End Report) Bank of America: No longer need to report this item.

Line 54: Name change/spin off. Conoco Phillips was sold on 10/1/2012. Phillips 66 remained as the holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANET C. HALL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544